# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 22-cv-00071-LTB

THRISTON NELSON,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

_____

## ORDER
_____

THIS MATTER having come before the Court on the Joint Stipulation for Dismissal With Prejudice (Doc 13 - filed April 7, 2022), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   April 12, 2022